


_____
Honorable William T. Thurman
United States Bankruptcy Judge

Entered on Docket
February 07, 2013

_____

**Marquis Aurbach Coffing**
Phillip S. Aurbach, Esq.
Nevada Bar No. 1501
Jessica M. Goodey, Esq.
Nevada Bar No. 11973
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
paurbach@maclaw.com
jgoodey@maclaw.com
   Attorneys for Chapter 7 Bankruptcy
   Trustee, David A. Rosenberg

### UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>WILLIAM GAYLER,<br><br>                Debtor. | Case No.:     BK-S-09-31603-MKN<br>Chapter:       7 |
| DAVID A. ROSENBERG, Chapter 7 Trustee,<br><br>                Plaintiff,<br><br>           v.<br><br>23 GOLDEN SUNRAY, L.L.C.; ALTRA VIDA, L.L.C.; APAN WINE, LIMITED LIABILITY COMPANY; AXIOS-TC, LIMITED LIABILITY COMPANY; BYRON LEBOW, as Trustee of THE BYRON LEBOW REVOCABLE FAMILY TRUST; CH. ANGELUS LLC; CH. ANGELUS II LLC; CH. ANGELUS III, LIMITED LIABILITY COMPANY; CH. PICHON I, LLC; DOMINUS | Adversary Proceeding No. 11-01410-MKN<br><br><u>**ORDER RE: ORDER TO SHOW CAUSE**</u><br><u>**[DKT# 295]**</u><br><br><br>Hearing Date: January 16, 2013<br>Hearing Time: 9:30 a.m. |

MAC:12089-001 1887229_1 1/31/2013 4:36 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

M-B, L.L.C.; EDWARD BROWN; GROTH LIMITED LIABILITY COMPANY; HARLAN, LLC; ICON HOLDING COMPANY LLC; ICON REAL ESTATE COMPANIES, INC.; ICON REAL ESTATE DEVELOPMENT, LIMITED LIABILITY COMPANY; IPS II, LIMITED LIABILITY COMPANY; MARTIN BARRETT; MARYELLEN BROWN; MERITAGE-GAYLER LIMITED LIABILITY COMPANY; MORPHEUS ENTERPRISES, LLC; POLYRUS LIMITED LIABILITY COMPANY; THE GAYLER FAMILY EDUCATIONAL, LLC; WALTER LOERWALD a/k/a LEROY LOERWALD; WILLIAM A. GAYLER d/b/a ICON REAL ESTATE SERVICES; WILLIAM A. GAYLER, as General Partner of TGF HOLDING LIMITED PARTNERSHIP; WILLIAM A. GAYLER, as Trustee of THE GAYLER 2001 IRREVOCABLE TRUST; WILLIAM A. GAYLER, as Trustee of THE JAYDEN KRISTOPHER GAYLER IRREVOCABLE TRUST; WILLIAM A. GAYLER, as Trustee of THE WILLIAM A. GAYLER SEPARATE PROPERTY TRUST; WILLIAM GAYLER, individually; DOES I–X and ROE CORPORATIONS I–X, inclusive,

Defendants.

## ORDER RE: ORDER TO SHOW CAUSE [DKT# 295]

The Court's Order to Show Cause why the Proposed Discovery Plan should not be approved by the Court having been heard on January 16, 2013 at 9:30 a.m.; appearances of counsel were made by Jessica M. Goodey, Esq. of Marquis Aurbach Coffing on behalf of Chapter 7 Trustee, David A. Rosenberg; Matthew T. Kneeland, Esq. of Sylvester & Polednak, Ltd. on behalf of the Gayler Defendants;[1] and Bryce Buckwalter, Esq. of Prince & Keating, LLP on behalf of Walter Loerwald; proper notice having been given and good cause appearing:

---

[1] The Gayler Defendants are comprised of Debtor/Defendant William A. Gayler; 23 Golden Sunray, L.L.C.; Altra Vida, L.L.C.; Apan Wine, Limited Liability Company; Axios-TC, Limited Liability Company; Ch. Angelus LLC; Ch. Angelus II LLC; Ch. Angelus III, Limited Liability Company; Ch. Pichon I, LLC; Dominus M-B, L.L.C.; Groth Limited Liability Company; Harlan, LLC; Icon Holding Company LLC; Icon Real Estate Companies, Inc.; Icon Real Estate Development, Limited Liability Company; IPS II, Limited Liability Company; Meritage-Gayler Limited Liability Company; Morpheus Enterprises, LLC; Polyrus Limited Liability Company; The Gayler Family Educational, LLC; William A. Gayler d/b/a Icon Real Estate Services; William A. Gayler, as General Partner of TGF Holding Limited

MAC:12089-001 1887229_1 1/31/2013 4:36 PM

1  IT IS HEREBY ORDERED ADJUDGED AND DECREED that close of discovery has been extended to **May 1, 2013**.

IT IS HEREBY FURTHER ORDERED ADJUDGED AND DECREED that the Court's Order Regarding Trial and Pretrial Matters [Dkt# 283] remains in full force and effect.

IT IS SO ORDERED.

Respectfully submitted by:

MARQUIS AURBACH COFFING


By /s/ Jessica M. Goodey
    Phillip S. Aurbach, Esq.
    Nevada Bar No. 1501
    Jessica M. Goodey, Esq.
    Nevada Bar No. 11973
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorney(s) for Chapter 7 Bankruptcy Trustee,
    David A. Rosenberg

---

Partnership; William A. Gayler, as Trustee of the Gayler 2001 Irrevocable Trust; William A. Gayler, as Trustee of the Jayden Kristopher Gayler Irrevocable Trust; and William A. Gayler, as Trustee of the William A. Gayler Separate Property Trust.

MAC:12089-001 1887229_1 1/31/2013 4:36 PM

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

| Name | Approved/Disapproved/Failed to Respond |
|---|---|
| Jeffrey R. Sylvester, Esq.<br>Matthew T. Kneeland, Esq.<br>Sylvester & Polednak, Ltd.<br>Attorneys for the Gayler Defendants | Failed to Respond |
| Dennis M. Prince, Esq.<br>Bryce Buckwalter, Esq.<br>Prince & Keating, LLP<br>Attorney for Walter Loerwald | Failed to Respond |

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

MARQUIS AURBACH COFFING

By /s/ Jessica M. Goodey
    Phillip S. Aurbach, Esq.
    Nevada Bar No. 1501
    Jessica M. Goodey, Esq.
    Nevada Bar No. 11973
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorney(s) for Chapter 7 Bankruptcy Trustee,
    David A. Rosenberg

# # #

MAC:12089-001 1887229_1 1/31/2013 4:36 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816