*William J. Thurman*
_____
Honorable William T. Thurman
United States Bankruptcy Judge



Entered on Docket
March 13, 2013

_____

**Marquis Aurbach Coffing**
Phillip S. Aurbach, Esq.
Nevada Bar No. 1501
Jessica M. Goodey, Esq.
Nevada Bar No. 11973
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
paurbach@maclaw.com
jgoodey@maclaw.com
   Attorneys for Chapter 7 Bankruptcy
   Trustee, David A. Rosenberg

**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816

### UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>WILLIAM GAYLER,<br><br>              Debtor.<br><br>_____<br><br>DAVID A. ROSENBERG, Chapter 7 Trustee,<br><br>              Plaintiff,<br><br>      v.<br><br>23 GOLDEN SUNRAY, L.L.C.; ALTRA VIDA, L.L.C.; APAN WINE, LIMITED LIABILITY COMPANY; AXIOS-TC, LIMITED LIABILITY COMPANY; BYRON LEBOW, as Trustee of THE BYRON LEBOW REVOCABLE FAMILY TRUST; CH. ANGELUS LLC; CH. ANGELUS II LLC; CH. ANGELUS III, LIMITED LIABILITY COMPANY; CH. PICHON I, LLC; DOMINUS | Case No.:   BK-S-09-31603-MKN<br>Chapter:     7<br><br><br><br><br><br>Adversary Proceeding No. 11-01410-MKN<br><br><br><br><br><br>**<u>ORDER GRANTING STIPULATION TO<br>STAY PROCEEDINGS</u>**<br><br>Hearing Date:  n/a<br>Hearing Time:  n/a |

MAC:12089-001 1928331_1 3/12/2013 3:02 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

|   |   |
|---|---|
| 1 | M-B, L.L.C.; EDWARD BROWN; GROTH LIMITED LIABILITY COMPANY; HARLAN, LLC; ICON HOLDING COMPANY LLC; ICON REAL ESTATE COMPANIES, INC.; ICON REAL ESTATE DEVELOPMENT, LIMITED LIABILITY COMPANY; IPS II, LIMITED LIABILITY COMPANY; MARTIN BARRETT; MARYELLEN BROWN; MERITAGE-GAYLER LIMITED LIABILITY COMPANY; MORPHEUS ENTERPRISES, LLC; POLYRUS LIMITED LIABILITY COMPANY; THE GAYLER FAMILY EDUCATIONAL, LLC; WALTER LOERWALD a/k/a LEROY LOERWALD; WILLIAM A. GAYLER d/b/a ICON REAL ESTATE SERVICES; WILLIAM A. GAYLER, as General Partner of TGF HOLDING LIMITED PARTNERSHIP; WILLIAM A. GAYLER, as Trustee of THE GAYLER 2001 IRREVOCABLE TRUST; WILLIAM A. GAYLER, as Trustee of THE JAYDEN KRISTOPHER GAYLER IRREVOCABLE TRUST; WILLIAM A. GAYLER, as Trustee of THE WILLIAM A. GAYLER SEPARATE PROPERTY TRUST; WILLIAM GAYLER, individually; DOES I–X and ROE CORPORATIONS I–X, inclusive, |

Defendants.

## **ORDER GRANTING STIPULATION TO STAY PROCEEDINGS**

The Court having considered the stipulation between Plaintiff/Chapter 7 Trustee David A. Rosenberg ("Trustee"), the Gayler Defendants[1] and Defendant Walter Leroy Loerwald ("Loerwald") for a stay of the adversary proceedings and good cause having been shown;

. . .

---

[1] The Gayler Defendants are comprised of Debtor/Defendant William A. Gayler; 23 Golden Sunray, L.L.C.; Altra Vida, L.L.C.; Apan Wine, Limited Liability Company; Axios-TC, Limited Liability Company; Ch. Angelus LLC; Ch. Angelus II LLC; Ch. Angelus III, Limited Liability Company; Ch. Pichon I, LLC; Dominus M-B, L.L.C.; Groth Limited Liability Company; Harlan, LLC; Icon Holding Company LLC; Icon Real Estate Companies, Inc.; Icon Real Estate Development, Limited Liability Company; IPS II, Limited Liability Company; Meritage-Gayler Limited Liability Company; Morpheus Enterprises, LLC; Polyrus Limited Liability Company; The Gayler Family Educational, LLC; William A. Gayler d/b/a Icon Real Estate Services; William A. Gayler, as General Partner of TGF Holding Limited Partnership; William A. Gayler, as Trustee of the Gayler 2001 Irrevocable Trust; William A. Gayler, as Trustee of the Jayden Kristopher Gayler Irrevocable Trust; and William A. Gayler, as Trustee of the William A. Gayler Separate Property Trust.

MAC:12089-001 1928331_1 3/12/2013 3:02 PM

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all proceedings shall be
2 stayed in this Adversary action for a period of forty-five (45) days from March 12, 2013;
3  IT IS FURTHER ORDERED that the hearing scheduled for April 22, 2013 at 1:30 p.m.
4 and the related briefing schedules for the various Motions on file be continued for a period of
5 forty-five (45) days from March 12, 2013;
6  IT IS FURTHER ORDERED that the discovery cut-off date, currently scheduled for May
7 1, 2013, be continued for forty-five (45) days to June 17, 2013; and
8  IT IS FURTHER ORDERED that, in the event settlement cannot be reached, the pending
9 trial set to begin on June 17, 2013, be continued for forty-five (45) days or as soon thereafter as
10 the Court's schedule allows.
11  IT IS SO ORDERED.

# # #

MAC:12089-001 1928331_1 3/12/2013 3:02 PM

**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816