**Marquis Aurbach Coffing**
Phillip S. Aurbach, Esq.
Nevada Bar No. 1501
Jessica M. Goodey, Esq.
Nevada Bar No. 11973
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
paurbach@maclaw.com
jgoodey@maclaw.com
   Attorneys for Chapter 7 Bankruptcy
   Trustee, David A. Rosenberg

**E-Filed: March 15, 2013**

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>WILLIAM GAYLER,<br><br>                Debtor.<br>_____<br><br>DAVID A. ROSENBERG, Chapter 7 Trustee,<br><br>                Plaintiff,<br><br>        v.<br><br>23 GOLDEN SUNRAY, L.L.C.; ALTRA VIDA, L.L.C.; APAN WINE, LIMITED LIABILITY COMPANY; AXIOS-TC, LIMITED LIABILITY COMPANY; BYRON LEBOW, as Trustee of THE BYRON LEBOW REVOCABLE FAMILY TRUST; CH. ANGELUS LLC; CH. ANGELUS II LLC; CH. ANGELUS III, LIMITED LIABILITY COMPANY; CH. PICHON I, LLC; DOMINUS M-B, L.L.C.; EDWARD BROWN; GROTH LIMITED LIABILITY COMPANY; HARLAN, LLC; ICON HOLDING COMPANY LLC; ICON REAL ESTATE COMPANIES, INC.; ICON REAL ESTATE DEVELOPMENT, LIMITED LIABILITY COMPANY; IPS II, LIMITED LIABILITY COMPANY; MARTIN BARRETT; MARYELLEN BROWN; MERITAGE-GAYLER LIMITED LIABILITY COMPANY; MORPHEUS ENTERPRISES, LLC; POLYRUS LIMITED LIABILITY COMPANY; THE GAYLER FAMILY EDUCATIONAL, LLC; WALTER LOERWALD a/k/a LEROY LOERWALD; | Case No.:    BK-S-09-31603-MKN<br>Chapter:     7<br><br><br><br><br><br>Adversary Proceeding No. 11-01410-MKN<br><br><br><br>**EX PARTE MOTION REQUESTING REMOVAL FROM E-SERVICE LIST**<br><br><br><br><br>Hearing Date:  n/a<br>Hearing Time:  n/a |

MAC:12089-001 1930931_1 3/15/2013 10:07 AM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | WILLIAM A. GAYLER d/b/a ICON REAL ESTATE SERVICES; WILLIAM A. GAYLER, as General Partner of TGF HOLDING LIMITED PARTNERSHIP; WILLIAM A. GAYLER, as Trustee of THE GAYLER 2001 IRREVOCABLE TRUST; WILLIAM A. GAYLER, as Trustee of THE JAYDEN KRISTOPHER GAYLER IRREVOCABLE TRUST; WILLIAM A. GAYLER, as Trustee of THE WILLIAM A. GAYLER SEPARATE PROPERTY TRUST; WILLIAM GAYLER, individually; DOES I–X and ROE CORPORATIONS I–X, inclusive,<br><br>                                   Defendants. |

## **EX PARTE MOTION REQUESTING REMOVAL FROM E-SERVICE LIST**

Jessica M. Goodey, Esq. of Marquis Aurbach Coffing files this Ex Parte Motion Requesting Removal From the E-Service List for the above-captioned matter. This request is made in compliance with LR 1A 10-6, and removing Ms. Goodey from the CM/ECF service list will in no way delay discovery, trial or any hearings scheduled in these matters.

Ms. Goodey will no longer be assisting Phillip S. Aurbach, Esq. in the representation of the Bankruptcy Trustee, David A. Rosenberg ("Trustee"), in this case. Additionally, Mr. Aurbach is already receiving ECF notifications in this case, as Special Counsel for the Trustee, and, as such, there is no need to file a substitution of counsel.

Therefore, Ms. Goodey respectfully requests that this Court grant this Motion allowing Ms. Goodey to be removed from the CM/ECF service list for this matter.

Dated this 15th day of March, 2013.

MARQUIS AURBACH COFFING

By /s/ Jessica M. Goodey
    Phillip S. Aurbach, Esq.
    Nevada Bar No. 1501
    Jessica M. Goodey, Esq.
    Nevada Bar No. 11973
    10001 Park Run Drive
    Las Vegas, Nevada  89145
    Attorneys for Chapter 7 Bankruptcy Trustee,
    David A. Rosenberg

MAC:12089-001 1930931_1 3/15/2013 10:07 AM