*William J. Thurman* (signature)



Honorable William T. Thurman
United States Bankruptcy Judge

Entered on Docket
April 30, 2013

SYLVESTER & POLEDNAK, LTD.
JEFFREY R. SYLVESTER, ESQ.
Nevada Bar No. 4396
MATTHEW T. KNEELAND, ESQ.
Nevada Bar No. 11829
1731 Village Center Circle
Las Vegas, Nevada  89134
(702) 952-5200 (Telephone)
(702) 952-5205 (Facsimile)
e-mail: jeff@sylvesterpolednak.com
email: matthew@sylvesterpolednak.com
*Attorneys for Debtor*

E-FILED April 29, 2013

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>WILLIAM A. GAYLER,<br><br>Debtor. | Case No.   BK-S-09-31603-MKN<br>Chapter 7 |
| DAVID A. ROSENBERG, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>23 GOLDEN SUNRAY, L.L.C., ALTRA VIDA, L.L.C., APAN WINE, LIMITED LIABILITY COMPANY; AXIOS -TC, LIMITED LIABILITY COMPANY; BYRON LEBOW, as Trustee of the BYRON LEBOW REVOCABLE FAMILY TRUST; CH. ANGELUS LLC; CH. ANGELUS II LLC; CH ANGELUS III, LIMITED LIABILITY COMPANY; CH. PICHON I, LLC; DOMINUS M-B, L.L.C.; EDWARD BROWN; GROTH LIMITED LIABILITY COMPANY; HARLAN, LLC; ICON HOLDING COMPANY LLC; ICON REAL ESTATE | Adv. Proceeding No.: 11-01410-MKN<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS**<br><br>(Second Request) |

(left margin: SYLVESTER & POLEDNAK, LTD. / 1731 Village Center Circle / Las Vegas, Nevada 89134 / Phone (702) 952-5200)

COMPANIES, INC., ICON REAL ESTATE DEVELOPMENT LIMITED LIABILITY COMPANY; IPS II, LIMITED LIABILITY COMPANY; MARTIN BARRETT; MARYELLEN BROWN; MERITAGE-GAYLER LIMITED LIABILITY COMPANY; MORPHEUS ENTERPRISES, LLC; POLYRUS LIMITED LIABILITY COMPANY; THE GAYLER FAMILY EDUCATIONAL, LLC; WALTER LOERWALD a/k/a LEROY LOERWALD; WILLIAM A. GAYLER d/b/a ICON REAL ESTATE SERVICES; WILLIAM A. GAYLER, as General Partner of TGF HOLDING LIMITED PARTNERSHIP; WILLIAM A. GAYLER, as Trustee of the GAYLER 2001 IRREVOCABLE TRUST; WILLIAM A. GAYLER, as Trustee of THE JAYDEN KRISTOPHER GAYLER IRREVOCABLE TRUST; WILLIAM A. GAYLER, as Trustee of THE WILLIAM A. GAYLER SEPARATE PROPERTY TRUST; WILLIAM GAYLER, Individually; DOES I - X and ROE CORPORATIONS I - X, inclusive,

Defendants.

Debtor, WILLIAM A. GAYLER ("Mr. Gayler") and adversary defendants 23 GOLDEN SUNRAY, LLC, APAN WINE, LLC, ICON HOLDING COMPANY, LLC, ICON REAL ESTATE COMPANIES, INC., ICON REAL ESTATE DEVELOPMENT, LLC, IPS II, LLC, MERITAGE-GAYLER, LLC, MORPHEUS ENTERPRISES, LLC, THE GAYLER FAMILY EDUCATIONAL, LLC, WILLIAM A. GAYLER d/b/a ICON REAL ESTATE SERVICES, WILLIAM A. GAYLER, as General Partner of TGF HOLDING, LP, WILLIAM A. GAYLER, as Trustee of the GAYLER 2001 IRREVOCABLE TRUST, WILLIAM A. GAYLER, as Trustee of THE JAYDEN KRISTOPHER GAYLER IRREVOCABLE TRUST, WILLIAM A. GAYLER, as Trustee of THE WILLIAM A. GAYLER SEPARATE PROPERTY TRUST, by and through their attorneys at the law firm of Sylvester & Polednak, Ltd., along with Defendant Walter Lorewald, by and through his attorneys at the law firm Prince & Keating, LLP, and the Chapter 7 Trustee, David Rosenberg ("Trustee"), by and through his attorneys at the law firm of Howard Kim & Associates, hereby STIPULATE AND AGREE as follows:

1. That all proceedings shall be stayed in this Adversary action for an additional period of forty-five (45) days from the date of entry of this Stipulation;

2. That the requested stay is necessary to allow the parties to further negotiate a final resolution of this action;

3. That the pre-trial conference currently scheduled for June 3, 2013 at 1:30 p.m. shall be continued for a period of forty-five (45) days;

4. That the hearing and attendant briefing schedules for the Trustee's Motion for Partial Summary Judgment of Claim for Relief No. 18 [Doc. 338] and Motion to Set Aside/Vacate, or in the Alternative to Reconsider [Doc. 340], previously set for hearing on April 22, 2013 and continued by Stipulation [Doc. 347] to June 6, 2013, shall be continued for a period of forty-five (45) days;

5. That the discovery cut-off date currently scheduled for June 17, 2013 be continued forty-five (45) days to August 1, 2013; and

. . .

6. That in the event settlement cannot be reached, the pending trial set to begin on June 17, 2013 shall be continued forty-five (45) days, or as soon thereafter as the Court's schedule allows.

SYLVESTER & POLEDNAK, LTD.　　　　HOWARD KIM & ASSOCIATES

By  */s/ Jeffrey R. Sylvester*　　　　By  */s/ Howard C. Kim*
　　Jeffrey R. Sylvester, Esq.　　　　　　Howard C. Kim, Esq.
　　Matthew T. Kneeland, Esq.　　　　　Jacqueline A. Gilbert, Esq.
　　1731 Village Center Circle　　　　　　Diana S. Cline, Esq.
　　Las Vegas, Nevada 89134　　　　　　400 N. Stephanie St, Suite 160
　　*Attorneys for Debtor*　　　　　　　　Henderson, Nevada 89014
　　　　　　　　　　　　　　　　　　　　*Attorneys for Trustee*

PRINCE & KEATING, LLP

By  */s/ Dennis M. Prince*
　　Dennis M. Prince, Esq.
　　3230 South Buffalo Drive, Ste. 108
　　Las Vegas, NV 89117
　　*Attorneys for Defendant Walter Lorewald*

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　###