_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

**Entered on Docket**
**March 04, 2014**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: | Case No.: 09-31603-MKN |
| | Chapter 7 |
| WILLIAM A. GAYLER, | |
| Debtor. | |
| DAVID A. ROSENBERG, Chapter 7 Trustee, | Adv. Proc. No.: 11-01410-MKN |
| Plaintiff, | |
| v. | |
| | Date: March 20, 2014 |
| 23 GOLDEN SUNRAY, L.L.C., et al., | Time: 10:30 a.m. |
| Defendants. | |

**ORDER SCHEDULING STATUS CONFERENCE**

Good cause appearing,

**IT IS HEREBY ORDERED** that a status conference regarding the Amended Motion to Approve Settlement Agreement filed on behalf of David A. Rosenberg, Chapter 7 Trustee (Adversary Docket No. 363), will be held on **March 20, 2014 at 10:30 a.m.** in the Foley Federal Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada, in Courtroom #2 before Judge William T. Thurman.

**IT IS SO ORDERED**.

1

1 | Notice and Copies sent through:

2 |     CM/ECF ELECTRONIC NOTICING AND/OR BNC MAILING MATRIX

3 | and sent via FIRST CLASS MAIL BY THE COURT AND/OR BNC to:

4 | WILLIAM A. GAYLER
SYLVESTER & POLEDNAK
5 | 1731 VILLAGE CENTER CR
LAS VEGAS, NV 89134
6 |

7 | ZACHARIAH LARSON
LARSON & ZIRZOW
8 | 810 S. CASINO CENTER BLVD., #101
LAS VEGAS, NV 89101
9 |

10 | ALBERT MARQUIS
10001 PK RUN DR
11 | LAS VEGAS, NV 89145

12 |
                                           # # #