

*William J. Thurman*

_____
Honorable William T. Thurman
United States Bankruptcy Judge

**Entered on Docket**
**March 31, 2014**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: | ) |
| | ) |
| WILLIAM A. GAYLER, | ) |
| | ) |
| Debtor. | ) |
| | ) |
| _____ | ) |
| DAVID A. ROSENBERG, Chapter 7 | ) |
| Trustee, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 23 GOLDEN SUNRAY, L.L.C., et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

Case No.: 09-31603-MKN
Chapter 7

Adv. Proc. No.: 11-01410-MKN

Date:  May 30, 2014
Time:  12:30 p.m.

**ORDER SCHEDULING EVIDENTIARY HEARING**

A status conference came on for hearing on March 20, 2014, regarding the Amended Motion to Approve Settlement Agreement (ECF No. 363) filed on behalf of David A. Rosenberg, Chapter 7 Trustee.  Appearances were made by Matthew Kneeland on behalf of William A. Gayler; Liane Wakayma on behalf of John D. O'Brien, Trustee of the John D. O'Brien Profit Sharing Plan, Barry Moore, Janie Moore, Janie Moore and Barry Moore on behalf of The Bamm Living Trust, Donald J. Campbell, Trustee of the Donald J. Campbell Professional Corporation Profit Sharing Plan, John Esposito, Lorraine Esposito, Mario and Bianca Borini, Joseph Borini, Eroom Holdings, LP, William Godfrey; Howard Kim on behalf of David Rosenberg, Trustee, and Zach Larsen on behalf of CH. Angelus, II.  Good cause appearing,

1    **IT IS HEREBY ORDERED** that an evidentiary hearing will be held on

2    **May 30, 2014 at 12:30 p.m.,** in the Foley Federal Building, 300 Las Vegas Blvd. South, Las Vegas,

3    Nevada, in Courtroom #5 before Judge William T. Thurman, regarding the Amended Motion to

4    Approve Settlement Agreement.

5    **IT IS FURTHER ORDERED** that any objections to the Amended Motion to Approve

6    Settlement Agreement must be filed no later than **April 11, 2014**, and replies must be filed no later

7    than **April 25, 2014**.

8    **IT IS FURTHER ORDERED** that the Alternate Direct Testimony procedure under

9    Local Rule 9017 will be followed.  The movant's declarations and exhibits must be submitted to

10    opposing counsel no later than **May 12, 2014**.  The respondents' declarations and exhibits must be

11    submitted to opposing counsel no later than **May 21, 2014**.  No later than **May 28, 2014**, both

12    parties shall comply with Local Rule 9017(d)(3) for the submission of documents to the courtroom

13    deputy.  Any additional legal memoranda submitted by the parties must be served and filed no later

14    than **May 21, 2014**.  All other applicable provisions of Local Rule 9017(c), (d) and (e) shall apply.

15    **IT IS SO ORDERED.**

16

17    Notice and Copies sent through:

18       CM/ECF ELECTRONIC NOTICING AND/OR BNC

19    and sent via FIRST CLASS MAIL BY THE COURT AND/OR BNC to:
      WILLIAM A. GAYLER
20    SYLVESTER & POLEDNAK
      1731 VILLAGE CENTER CR
21    LAS VEGAS, NV 89134

22    ALBERT MARQUIS
      10001 PK RUN DR
23    LAS VEGAS, NV 89145

24    John O'Brien
      Marquis Aurbach Coffing
25    Attn: David A. Colvin, Esq.
      10001 Park Run Drive
26    Las Vegas, NV 89145

1  April Bonifatto, Esq.
Marquis Aurbach Coffing
2  10001 Park Run Drive
Las Vegas, NV 89145
3
   Albert Marquis, Esq.
4  Marquis Aurbach Coffing
   10001 Park Run Drive
5  Las Vegas, NV 89145

6  James Patrick Shea, Esq.
   Erika M. Wright, Esq.
7  Shea & Carlyon, Ltd.
   701 Bridger Ave., Suite 850
8  Las Vegas,

9  John R. McMillan, Esq.
   Jessica K. Marsh, Esq.
10 FLANGAS MCMILLAN LAW GROUP
   3275 S. Jones Blvd., Suite 105
11 Las Vegas, NV 89146

12 Jacqueline A. Gilbert, Esq.
   Katherine C.S. Carstensen, Esq.
13 Howard Kim & Associates
   400 N. Stephanie St., Suite 160
14 Henderson, NV 89014

15

16

17

18

19

20

21

22

23

24

25

26

3

**PART "A"**
**(Trial Statements)**

The trial statement(s) shall contain the following items:

1.       The disclosures required by Fed. R. Civ. P. 26(a)(3), as adopted by Fed. R. Bank. P. 7026 and LR 7026.

2.       A concise statement of the nature of the action and contentions of the parties.

3.       A statement as to the core or non-core jurisdiction of the Court, with legal citations.

4.       Stipulated facts.

5.       Contested issues of law with concise memorandum of authority.

6.       Log of exhibits which may be offered in evidence, including any exhibits for impeachment or to refresh the memory of a witness (log attached).

7.       Any special trial issue which requires the Court's attention.

8.       The list of witnesses, with their addresses, expected to be called.

**\*\*Shaded Area for Court Personnel Use ONLY**

Hearing Date:                                    LED   LBR   BTB   ABL   GWZ
                                                 MKN

| EXHIBITS | | Case Title          BK: ADV: | | | |
|---|---|---|---|---|---|
| Offered | Admitted | Identification | | Description | Offers Objections Rulings Exception |
| | | # | Witness | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Updated 12/6/2013