_____
Honorable William T. Thurman
United States Bankruptcy Judge



**Entered on Docket**
**April 22, 2014**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: | Case No.: 09-31603-MKN |
| WILLIAM A. GAYLER, | Chapter 7 |
| Debtor. | |
| DAVID A. ROSENBERG, Chapter 7 Trustee, | Adv. No.: 11-01410-MKN |
| Plaintiff, | |
| vs. | |
| 23 GOLDEN SUNRAY, L.L.C., et at., | |
| Defendants. | |

**ORDER VACATING**
**ORDER SCHEDULING EVIDENTIARY HEARING**

An Order Scheduling Evidentiary Hearing ("Order") (ECF No. 376) was entered on March 31, 2014. The Order scheduled an evidentiary hearing regarding the Amended Motion to Approve Settlement Agreement (ECF No. 363) filed by David A. Rosenberg, Chapter 7 Trustee, to be held on May 30, 2014. The Order also set forth various deadlines for objections, replies, declarations and exhibits to be submitted.

On or about April 15, 2014, David A. Rosenberg resigned as Chapter 7 Trustee in the above-captioned main bankruptcy case.

1

On April 17, 2014, the United States Trustee appointed Victoria Nelson as successor trustee.

Good cause appearing,

**IT IS HEREBY ORDERED** that the Order Scheduling Evidentiary Hearing is **VACATED**.

**IT IS THEREFORE ORDERED** that the deadlines previously set for objections, replies, declarations and exhibits to be submitted are therefore **VACATED**.

**IT IS THEREFORE ORDERED** that the May 30, 2014, evidentiary hearing on Amended Motion to Approve Settlement Agreement is **VACATED**, and the hearing is continued without date.

**IT IS SO ORDERED.**

Notice and Copies sent through:

CM/ECF ELECTRONIC NOTICING AND/OR BNC MAILING MATRIX

# # #