**Electronically Filed: June 3, 2014**

**ANDERSEN LAW FIRM, LTD.**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
415 South 6th Street, Suite 203B
Las Vegas, Nevada 89101
Email: *randersen@andersenlawlv.com*
Phone: 702-522-1992
Fax:    702-825-2824
*Attorney for Victoria L. Nelson, Chapter 7 Trustee*

# UNITED STATES BANKRUPTY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>WILLIAM GAYLER,<br><br>Debtor. | Case No.: 09-31603-MKN<br>Chapter 7 |
| VICTORIA L. NELSON, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>23 GOLDEN SUNRAY, L.L.C., et. al.,<br><br>Defendants. | Adversary Proceeding No.: 11-01410-MKN<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT** |

Victoria L. Nelson, Chapter 7 Trustee, through her proposed counsel, hereby withdraws the *Motion for Approval of Settlement Agreement* filed on July 3, 2013 (ECF No. 361), as amended by the *Amended Motion to Approve Settlement Agreement* filed on July 3, 2013 (ECF No. 363).

Dated this 3rd day of June, 2014.

Respectfully submitted by:
**ANDERSEN LAW FIRM, LTD.**

By:    /s/ Ryan A. Andersen
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
415 South 6th Street, Suite 203B
Las Vegas, Nevada 89101
*Attorney for Victoria L. Nelson,*
*Chapter 7 Trustee*